IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

DERRICK GIBSON
    Petitioner

v.

SUPT. SOBER, et al.,
    Respondents

: CIVIL ACTION NO. 22-CV-0953

## SUPPLEMENT COMPLAINT ADDITIONAL EVIDENCE

Pursuant to Local Civil Rule 72.1.IV(c), Petitioner DERRICK GIBSON, presents to this court Additional evidence of issues raised in his complaint of exhibits of Defendants/Respondents violation of court orders pertaining to his current conviction and court cases in violation of the petitioners 1st Amendment U.S. Constitution of Access to court and Redress, 8th Amendment against cruel and unusual punishment and 14th Due Process and Equal Protection Rights creating deliberate indifference to his liberty interest.

Dated 11/16/22

Respectfully Submitted,
Derrick Gibson
DERRICK GIBSON #JP2190
SCI-PINE GROVE
189 Fyock Road
INDIANA, PA. 15701

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA  : No.: CR-1459-2021

V.

DERRICK GIBSON   (#JP2190)
Defendant

### ORDER

AND this _____ day of May, 2022, IT IS HEREBY ORDERED that the above referenced inmate/defendant be released by SCI Mahanoy to the custody of the Schuylkill County Sheriff's Office so that the inmate may be present for the June trial term with jury selection on <u>June 7, 2022, June 9, 2022 and June 10, 2022</u> and criminal trials taking place between <u>June 13, 2022 and June 24, 2022</u> at the Schuylkill County Courthouse in Pottsville, Pennsylvania. It is FURTHER ORDERED that said inmate shall be transported with clothing appropriate for the attendance in court. It is FURTHER ORDERED that said inmate shall be housed at the Schuylkill County Prison, to be fed, housed, and provided prison clothing at the expense of the County of Schuylkill, if required. It is FURTHER ORDERED that said inmate shall be returned to SCI Mahanoy forthwith after completion of the above scheduled appearance.

BY THE COURT,

_____ P.J.
Russell

Prepared by the Schuylkill County District Attorney's Office

IN THE COURT OF COMMON PLEAS OF LUZERNE COUNTY
COMMONWEALTH OF PENNSYLVANIA

CRIMINAL

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | |
| vs. | CP-40-CR-0002546-2019 |
| DERRICK GIBSON | |

### ORDER FOR TRANSPORT

AND NOW, this 28 day of June 2022, the Court hereby ORDERS and DECREES that SCI Phoenix is hereby authorized to release **Derrick Gibson, Inmate Number: JP2190**, into the temporary custody of Luzerne County Sheriff's deputy and/or another duly authorized deputy, for the purpose of transporting him to the Luzerne County Courthouse to be available for a PCRA Hearing in the above captioned case scheduled for Friday, September 9, 2022 at 9:00 a.m. before the Honorable President Judge Michael T. Vough.

Inmate Gibson shall be returned to the original place of incarceration after said hearing concludes.

BY THE COURT:

_Michael T. Vough_
HON. MICHAEL T. VOUGH, P.J.

LUZ CNTY DIST ATTY OFFICE
RCVD JUN 28 '22 PM3:37

CLERK OF COURTS CRIMINAL
LUZ CNTY JUN28'22PM3:28

cc: Luzerne County Clerk of Courts
Luzerne County District Attorney
Luzerne County Court Administration
Luzerne County Sheriffs
Lampman Law
Defendant

Commonwealth of Pennsylvania
Court of Common Pleas
County of Montgomery
38th Judicial District



**NOTICE OF FORMAL ARRAIGNMENT**

Commonwealth of Pennsylvania
v.
Derrick Gibson

Montgomery County Court Administration
Montgomery County Courthouse
PO Box 311
Norristown, PA 19404
PH: 610-278-3224

Docket No: CP-46-CR-0003532-2022

You are hereby DIRECTED to appear for a/an Formal Arraignment in the above-captioned case to be held on/at:

| Date: September 23, 2022 | Location: Courtroom 13 - Montgomery County Courthouse |
| Time: 11:30 am | Montgomery County Courthouse<br>Swede & Airy Streets<br>P.O. Box 311<br>Norristown, PA 19404 |

This proceeding will take place before Judge Risa Vetri Ferman.

**To the Defendant:**

You should discuss this matter promptly with your attorney. If you fail to appear as required or comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.

If you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence.

If you are disabled and require a reasonable accommodation to gain access to the Montgomery County Court of Common Pleas and its services, please contact the Montgomery County Court of Common Pleas at the above address or telephone number. We are unable to provide transportation.

Note: Join Zoom Meeting
https://zoom.us/j/99164392501?pwd=NWlwem5DU1FuWXdNNXNTUlVsL0pZZz09
Meeting ID: 991 6439 2501
Passcode: 336706

Recipient: (Derrick Gibson)

Primary Participant Name and Address:
Gibson, Derrick
Sci Phoenix Inmate# Jp2190
1200 Mokychic Dr
Collegeville, PA 19426

Gibson, Derrick
SCI Frackville DOC# JP2190
1111 ALTAMONT BLVD
FRACKVILLE, PA 17931-2699

CPCMS 2070
Printed: 08/26/2022 1:35:05PM

1

FREE INTERPRETER
www.pacourts.us/language-rights

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
CRIMINAL ACTION

DISTRICT COURT NO.  38-1-24

## NOTICE TO APPEAR FOR ARRAIGNMENT

TO:  DERRICK GIBSON     #JP2190
Defendant

TO:  _____
Bondsman

DOCKET NO.: CR-84-22      OTN#: R 252963-4

You have been charged with the following criminal offense(s):
SEE COMPLAINT

The Bill(s) of Information charging you with the offense(s) shown above will be presented to the Court of Common Pleas, Montgomery County, Pennsylvania.

You must appear in person on _____7/10/22_____ promptly at 9:30 a.m., in Video Room #2, Courthouse, Norristown for Arraignment on the above matter.

If you have an attorney, your appearance in court on the above date may be waived by the filing of a "Waiver of Arraignment" signed by you and your attorney prior to the appearance date. When a waiver has been filed, a plea of "Not Guilty" will be entered on the Bill(s) of Information filed by the Commonwealth.

### RIGHT TO AN ATTORNEY

You have the right to be represented by an attorney of your own choice, or you may represent yourself. If you are without sufficient financial resources or otherwise unable to employ an attorney, you should immediately make an application to the Office of the Public Defender, Courthouse, Norristown for representation.

All Court notices will be sent to the address on your criminal complaint. If your residence changes, **including a prison change**, you **MUST** advise **IN WRITING** the Clerk of Courts, Courthouse, P.O. Box 311, Norristown, PA 19404-0311 and the Court Administrator's Office – Criminal Division, Courthouse, P.O. Box 311, Norristown, PA 19404-0311. You should retain proof that you advised the Clerk of Courts and the Court Administrator's Office of the address change.

**IF YOU FAIL TO APPEAR FOR YOUR ARRAIGNMENT, A BENCH WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOUR BOND WILL BE FORFEITED.**

I acknowledge receipt of this notice on _____6/27/22_____

_____
Signature of Defendant

_____
Print Name of Defendant

4-part                                                                            MDJ0001
                                                                                  R: 10/2021

SC1- Phoenix

COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY--CRIMINAL

COMMONWEALTH OF PENNSYLVANIA      :      NO.   CR-1459-2021
:
vs.                               :
:
DERRICK GIBSON,                   :
                    Defendant    :

## NOTICE OF ARRAIGNMENT

TO THE DEFENDANT OR DEFENDANT'S COUNSEL:

### DEFENDANTS

If you do not have counsel, you are hereby notified that you MUST be present to appear for arraignment on November 9, 2021 at 9:30 a.m. in Courtroom No. 1, Schuylkill County Courthouse, 401 North Second Street, Pottsville, Pennsylvania. There you will be advised of the charges against you and of the time period within which you may commence discovery and file your Omnibus Pre-Trial Motions. FAILURE TO APPEAR MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR YOUR ARREST.

If you are represented by an attorney you and your attorney must appear for arraignment unless your attorney files a Waiver of Arraignment in your case prior to the arraignment date listed above. Neither the District Attorney's Office nor the Court will discuss your case with an attorney until the attorney has entered an appearance on your behalf in the Clerk of Courts Office.

If you cannot afford to employ an attorney, apply immediately to the Public Defender's Office, 420 North Centre Street, Pottsville, Pennsylvania (570-628-1515).

If your charges include Driving Under the Influence, you must have a CRN Evaluation completed before your case is resolved. Please call 570-622-5898 to schedule an appointment.

KEEP THIS PAPER TO REMIND YOU OF THE DATE AND TIME OF YOUR ARRAIGNMENT, AND SHOW THIS PAPER TO YOUR LAWYER. UNLESS YOU AND YOUR ATTORNEY HAVE SIGNED AND FILE A WAIVER OF YOUR ARRAIGNMENT, YOU MUST APPEAR, OR A BENCH WARRANT WILL ISSUE FOR YOUR ARREST.

### DEFENSE COUNSEL

If you have not already done so, you and your client may file a waiver of arraignment in order to avoid appearing. If you do not file a waiver of arraignment, you and your client must appear on the above referenced date. In accordance with Pennsylvania Rule of Criminal Procedure No. 571, you will have thirty (30) days upon the date of this arraignment to file motions on behalf of your client, such as a Request for a Bill of Particulars, a Motion for Pretrial Discovery and Inspection, and an Omnibus Pretrial Motion.

BY THE COURT,

_____

In the event of inclement weather, please call 570-621-9030 after 7:30 a.m. for notification of any delays or cancellations of scheduled court proceedings.

DERRICK GEASON # JP2190
SCI-PINE GROVE
189 FYOCK ROAD
INDIANA, PA. 15701

PA DEPT
OF CORRECTIONS
INMATE MAIL

NEOPOST       FIRST-CLASS MAIL
11/17/2022
US POSTAGE    $000.81
              ZIP 15701
              041M11466615

CLERK OF COURT OFFICE
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PA.
601 MARKET STREET
PHILA. PA. 19106-9865

RECEIVED
NOV 21 2022